THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ronald Brewer,       
Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-032
Submitted November 19, 2003 – Filed 
 January 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Appellant, Ronald Brewer, pled 
 guilty to criminal sexual conduct with a minor in the first degree.  The trial 
 judge sentenced him to twenty years imprisonment, with credit for time served.  
 We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsel’s petition 
 to be relieved is granted.
APPEAL DISMISSED. 
 HUFF, STILWELL, and BEATTY, JJ., concur.